AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2026

SEAN F. McAVOY, CLERK

KYRIN CARTER,

*Plaintiff*

v.

J.D. JEREMIAH BOURGEOIS, J. KRANICK, ETAL,
and STATE OF WASHINGTON,

*Defendant*

)
)
)
)
)
)

Civil Action No.   4:26-cv-5026-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Plaintiff's First Amended Complaint (ECF No. 7) is DISMISSED without prejudice for failure to state a claim upon
which relief may be granted under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2).

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge    EDWARD F. SHEA

Date:   06/10/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*